ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| K-Belle Consultants, LLC | ) ASBCA No. 62587 |
| | ) |
| Under Contract Nos. W912P8-16-B-0038 | ) |
| W912P8-16-C-0051 | ) |

APPEARANCES FOR THE APPELLANT:   Michael H. Payne, Esq.
  Cohen Seglias Pallas Greenhall & Furman PC
  Philadelphia, PA

  Casey J. McKinnon, Esq.
  Cohen Seglias Pallas Greenhall & Furman PC
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
  Thomas M. Taff, Jr., Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, New Orleans

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: November 13, 2020

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62587, Appeal of K-Belle Consultants, LLC, rendered in conformance with the Board's Charter.

Dated: November 13, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals